# EXHIBIT 1

Amendment or Correction to Amended Complaint

| **Change** | **Page Number** |
|---|---|
| Remove "Curia Wisconsin, Inc." from Plaintiffs' Caption | 1 |
| Change title from "Amended Complaint" to "Second Amended Complaint" | 1 |
| Remove "Curia Wisconsin, Inc." from list of Plaintiffs | 1 |
| Remove "Curia Wisconsin, Inc." from paragraph 3 | 2 |
| Change date from "March 4, 2024" to "April 29, 2024" | 12 |