## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CURIA GLOBAL INC.; CURIA WISCONSIN, INC.; CURIA NEW JERSEY, LLC; CURIA NEW YORK, INC; CURIA INDIANA, LLC; CURIA MASSACHUSETTS, INC; CURIA MISSOURI, INC.; CURIA NEW MEXICO, LLC; CURIA BIO, INC.; CURIA BIO CALIFORNIA, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATE TRADE REPRESENTATIVE; KATHERINE TAI, in her official capacity as U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; and CHRIS MAGNUS, in his official capacity as COMMISSIONER OF U.S. CUSTOMS & BORDER PROTECTION, <br><br> *Defendants*. | Court No. 22-00247 |

### **ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint in the above-captioned matter and all other papers and proceedings herein, it is hereby ORDERED that Plaintiffs' Motion for Leave to Amend is GRANTED.

SO ORDERED.

/s/ Mark A. Barnett
Judge

Dated: May 22, 2024
New York, New York